U.S. DISTRICT COURT
AUGUSTA DIV.
2017 FEB 14 PM 2:18
CLERK M. Akins
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CHARLES HENRY CASTILLO,

    Petitioner-Appellant,

vs.

UNITED STATES OF AMERICA,

    Respondent-Appellee.

Case No. CV1:15-134
          CR1:14-59-001

## ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. This Court's Order of October 27, 2016, is final in all respects.

SO ORDERED, this 14th day of Feb., 2017.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA