7IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CHARLES HENRY CASTILLO,         )
                                )
    Petitioner-Appellant,       )
                                )
vs.                             )   Case No. CV1:15-134
                                )   (Formerly CR1:14-059)
UNITED STATES OF AMERICA,       )   USCA No. 16-17028-E
                                )
    Respondent-Appellee.        )
                                )

O R D E R

The motion of appellant for a certificate of appealability having been **DENIED** and the motion of appellant for leave to proceed on appeal in forma pauperis having been **DENIED AS MOOT** in the above-styled action by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. This Court's Order of October 27, 2016, is final in all respects.

SO ORDERED, this 8th day of May 2017.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA